**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7051**
_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

RONNIE EDWARD BANNER, JR., a/k/a Ronnie Edward Banner, a/k/a
Pellar,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:00-cr-00047-RLV-8)

_____

Submitted:  October 13, 2011          Decided:  October 18, 2011

_____

Before SHEDD, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronnie Edward Banner, Jr., Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Edward Banner, Jr., appeals the district court's order denying Banner's 18 U.S.C. § 3582 (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Banner, No. 5:00-cr-00047-RLV-8 (W.D.N.C. Aug. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED